IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LES FIELDS/C.C.H.I. INSURANCE SERVICES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 15-02411 WHA

**ORDER GRANTING EXTENSION**

    The parties have stipulated to a thirty-day extension on the deadline for the United States to answer the complaint. Good cause shown, the deadline to answer the complaint shall be extended to **SEPTEMBER 2, 2015**.

    **IT IS SO ORDERED.**

Dated: July 6, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE