IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN FLEET ET AL, | No. C 15-04721 WHA |
| Plaintiff, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| TRION WORDS, INC., | |
| Defendant. | |

 Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions.

Dated: December 29, 2015.

              WILLIAM ALSUP
              UNITED STATES DISTRICT JUDGE

G:\WHAALL\2015Civ\15-04721 Van Fleet\NoticeYA.wpd