IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant.<br>                                                                    / | No. C 15-02411 WHA<br><br>**REQUEST FOR STATUS REPORT** |

   In this action for a tax refund, an order stayed the case pending the resolution of proceedings in the Tax Court (Dkt. No. 38). The parties were ordered to submit a joint status report by the earlier of: (1) five calendar days following a dispositive ruling in the tax court, or (2) April 25, 2016. No status report was filed. By **MAY 6, AT NOON**, the parties shall please submit a joint status report. If no status report is filed, the case may be dismissed for lack of prosecution.

Dated: April 29, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE