**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES, | No. C 15-02411 WHA |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER MAINTAINING STAY** |
| Defendant. | |

A prior order stayed this action pending the resolution of *Les Fields/C.C.H.I. Insurance Services v. Commissioner of Internal Revenue*, No. 31090-14 (T.C.), a case pending before the Tax Court that involves a central issue in this action (Dkt. No. 38).  The parties filed a status report stating that trial in the Tax Court case has been continued in light of ongoing settlement efforts.  The parties expect to meet by May 31 for further settlement discussions, which may resolve all issues between the parties, including this action.  The stay will remain in place for now.  The parties shall submit a joint status report by the earlier of:  (1) **FIVE CALENDAR DAYS** following a dispositive ruling in the Tax Court, or (2) **AUGUST 4, 2016.**

**IT IS SO ORDERED.**

Dated:   May 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE