IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 15-02411 WHA<br><br>**NOTICE RE STATUS REPORT** |

In this action for a tax refund, an order stayed the case pending the resolution of proceedings in the Tax Court (Dkt. No. 38). The parties were ordered to submit a joint status report by the earlier of: (1) five calendar days following a dispositive ruling in the tax court, or (2) August 4, 2016. On July 29, the parties filed a joint status report; however, that report appears to be identical to the status report filed on May 5, which described certain events due to occur later in May. The parties shall file a status report that accounts for events since the previous status report by **AUGUST 4 AT NOON**.

Dated: July 29, 2016.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE