**United States District Court**
For the Northern District of California

1
2
3
4
5
6       IN THE UNITED STATES DISTRICT COURT
7
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
LES FIELDS/C.C.H.I. INSURANCE                        No. C 15-02411 WHA
11
SERVICES,
12
            Plaintiff,
13
    v.
                                                     **ORDER MAINTAINING STAY**
14
UNITED STATES OF AMERICA,
15
            Defendant.
                                                   /
16

17          A prior order stayed this action pending the resolution of *Les Fields/C.C.H.I. Insurance*

18  *Services v. Commissioner of Internal Revenue*, No. 31090-14 (T.C.), a case pending before the

19  Tax Court that involves a central issue in this action (Dkt. No. 38).  The parties filed a status

20  report detailing the progress in the Tax Court case, which is scheduled for trial in October.  A

21  joint status report is due in the Tax Court by August 17.

22          The stay will remain in place for now.  The parties shall submit a joint status report by

23  the earlier of:  (1) **FIVE CALENDAR DAYS** following a dispositive ruling in the Tax Court, or

24  (2) **NOVEMBER 3, 2016**.  Additionally, the parties shall please file the joint status report

25  submitted to the Tax Court within **FIVE CALENDAR DAYS** after it is filed.

26          **IT IS SO ORDERED.**

27  Dated:   August 3, 2016.

28                                                   _____
                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE