United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 15-02411 WHA<br><br>**ORDER MAINTAINING STAY** |

A prior order stayed this action pending the resolution of *Les Fields/C.C.H.I. Insurance Services v. Commissioner of Internal Revenue*, No. 31090-14 (T.C.), a case pending before the Tax Court that involves a central issue in this action (Dkt. No. 38).  The parties filed a status report detailing the progress in the Tax Court case, explaining that there has been a stipulation of settled issues that rely on certain tax calculations, which are due to the Tax Court by December 5 (Dkt. No. 48).  The parties request that we maintain the stay until January 16, 2017, so the parties can undertake certain efforts that will resolve both cases.

The stay will remain in place for now.  The parties shall submit a joint status report by **JANUARY 12 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 8, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE