IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 15-02411 WHA<br><br><br>**ORDER LIFTING STAY** |

A prior order stayed this action pending the resolution of *Les Fields/C.C.H.I. Insurance Services v. Commissioner of Internal Revenue*, No. 31090-14 (T.C.), a case pending before the Tax Court that involves a central issue in this action (Dkt. No. 38).  The parties' joint status report states that the case in the Tax Court has resolved but that certain issues remain to be addressed here.  They ask that the stay remain in place, but that a case management conference be scheduled so as to set an expedited schedule, although they hope they will be able to resolve the case via settlement.

The parties offer no reason the stay should remain in place.  Accordingly, the stay is **LIFTED**.  A further case management conference is hereby **SET** for **MARCH 23, AT 11:00 A.M.**  The parties shall submit a joint case management statement by **MARCH 16**.

    **IT IS SO ORDERED.**

Dated:  March 8, 2017.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE