| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973) |
| | United States Attorney |
| 2 | THOMAS MOORE (ALBN 4305-078T) |
| | Chief, Tax Division |
| 3 | CYNTHIA STIER (DCBN 423256) |
| 4 | Assistant United States Attorney |

BRIAN J. STRETCH (CABN 163973)
United States Attorney
THOMAS MOORE (ALBN 4305-078T)
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7000
    FAX: (415) 436-7009

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LES FIELDS/C.C.H.I. INSURANCE SERVICES, A California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. CV-15-02411 ~~WHA~~ JCS<br><br>STIPULATED REQUEST FOR CONDITIONAL DISMISSAL and ~~[PROPOSED]~~ ORDER |

    It is hereby Stipulated and Agreed by the parties herein as follows:

    1.    The parties hereto, through their respective counsel, are advising this Court that they have agreed to a settlement of this action.

    2.    The terms of the settlement involve consideration that will take between 60 to 90 days to deliver.

    3.    Accordingly, the parties request that this action be dismissed with prejudice and that all dates be vacated provided, however, that if either party certifies to this Court, with a proof of service of a copy on opposing counsel, within 90 days from the date of the Order of Dismissal, that the agreed consideration for the settlement has not been delivered over, that the Order of Dismissal shall stand vacated, and the action be restored to the calendar to be set for a case management conference.

| | |
|---|---|
| SO STIPULATED | BRIAN STRETCH<br>United States Attorney |
| | /s/ Cynthia Stier<br>CYNTHIA STIER<br>Assistant United States Attorney |
| | _____/S/_____<br>BERNARD KENNEALLY<br>Attorney for Plaintiff |

SO ORDERED this  2nd  day of  May , 2017.

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE